|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Revised<br>12/2017 |

-----------------------------------------------------------------x

In re                                                                           Case No. 17-35201-gm

Robert Carton                                                              Chapter 13
Teresa Carton

                                           Debtor(s).

SSN xxx-xx-0083
SSN xxx-xx-5999

-----------------------------------------------------------------x

# ORDER CONFIRMING CHAPTER 13 PLAN

<u>D</u>efinitions: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on February 8, 2017 and amended on May 3, 2018 (the "Plan"). The Plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2.  The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**



**Dated: June 14, 2018**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**